```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  AMOS HILL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-0192 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| AMOS HILL, | ) |
| Defendant. | ) |

This matter came on for Status Conference on June 12, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jill Thomas appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Amos Hill, who was present in court and in custody.

Counsel indicated the defense is investigating the charges against the defendant specifically, locating and interviewing percipient

1  witnesses. The requested additional time to continue its
2  investigation, and asked for a status conference date of July 24, 2007.
3  The government concurred.
4      Accordingly, the parties agreed to exclude time from calculation
5  under the Speedy Trial Act for the reasons stated above, pursuant to 18
6  U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of
7  counsel, from June 12, 2007, up to and including July 24, 2007.
8  **Good cause appearing therefor**,
9      IT IS ORDERED that this matter is continued to July 24, 2007, at
10 9:30 a.m. for a Status Conference.
11     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
12 (iv) and Local Code T4, the period from June 12, 2007, up to and
13 including July 24, 2007, is excluded from the time computations
14 required by the Speedy Trial Act due to ongoing preparation of defense
15 counsel.
16 Dated: June 13, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Name of Pleading: Hill order    -2-

1 | Dated:   June 12, 2007
2 |                                             Respectfully submitted,
3 |
4 |                                             DANIEL J. BRODERICK
5 |                                             Federal Defender
6 |
7 |
8 |
9 |                                             _____
10 |                                            CARO MARKS
11 |                                            Attorney for Defendant
12 |                                            AMOS HILL

Name of Pleading: Hill order       -3-