```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  AMOS HILL

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. CR-S-07-0192 LKK
                                   )
12             Plaintiff,          )
                                   )  STIPULATION AND ORDER
13       v.                        )
                                   )
14  AMOS HILL,                     )  Date: August 21, 2007
                                   )  Time: 9:30 A.M.
15                                 )
               Defendant.          )  Judge: Hon. Lawrence K. Karlton
16                                 )
    _____
17
          It is hereby stipulated between the parties, Jill Thomas,
18
    Assistant United States Attorney, attorney for Plaintiff, and Caro
19
    Marks, attorney for defendant AMOS HILL as follows:
20
          The Status Conference currently set for July 24, 2007 should be
21
    vacated and new status conference date of August 21, 2007 should be
22
    set.
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28
```

1  The reason for this continuance is that while the parties are
2  close to a resolution of the case, defense counsel needs additional
3  time to subpoena and review documents relating to a specific parole
4  violation appearing on the defendant's record, which may affect his
5  criminal history calculations under the sentencing guidelines.
6  The parties further stipulate and agree that time under the Speedy
7  Trial Act should be excluded pursuant to U.S.C. §3161(h)(8)(A) and
8  Local Rule T-4.
9  Dated: July 16, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
AMOS HILL

MCGREGOR W. SCOTT
United States Attorney

/s/ Jill Thomas
Dated: July 16, 2007    _____
JILL THOMAS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: July 23, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2