DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AMOS HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-0192 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| AMOS HILL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter came on for Status Conference on August 21, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jill Thomas appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Amos Hill, who was present in court and in custody.

    Counsel indicated the defense ordered and just received records pertaining to one of the defendant's prior convictions. The records are

relevant to calculation of the defendant's's likely sentence under the sentencing guidelines, and the defense requested additional time to review the records and discuss them with the defendant. The defense requested a further status conference date of September 18, 2007.  The government concurred.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from August 21, 2007, up to and including September 18, 2007.

**Good cause appearing therefor**,

IT IS ORDERED that this matter is continued to September 18, 2007, at 9:30 a.m..

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from August 21, 2007, up to and including September 18, 2007, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of defense counsel.

Dated: August 22, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Name of Pleading: Hill order        -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Name of Pleading: Hill order        -3-