```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700



Attorney for Defendant
AMOS HILL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-0192 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| AMOS HILL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter came on for Status Conference on September 18, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jill Thomas appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Amos Hill, who was present in court and in custody.

    Counsel indicated the government had recently tendered a plea agreement to the defense, and defense counsel requested one additional

week to review the plea agreement with the defendant. The government concurred.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from September 18, 2007, up to and including September 25, 2007.          **Good cause appearing therefor**,

IT IS ORDERED that this matter is continued to September 25, 2007, specially set for 11:45 a.m..

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from September 18, 2007, up to and including September 25, 2007, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of defense counsel.

Dated: September 18, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Name of Pleading: Hill order       -2-