1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  AMOS HILL

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,      )  No. CR-S-07-0192 LKK
14                                 )
                   Plaintiff,      )
15                                 )  ORDER
        v.                         )
16                                 )
   AMOS HILL,                      )
17                                 )
                   Defendant.      )
18                                 )
   _____ )
19

20
         This matter came on for Status Conference on September 25, 2007,
21
   in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.
22
   Assistant United States Attorney Jill Thomas appeared on behalf of the
23
   United States of America.  Assistant Federal Defender Rachelle Barbour
24
   appeared on behalf Caro Marks for Defendant Amos Hill, who was present
25
   in court and in custody.
26
         Defense counsel has requested a pre-plea pre-sentence report be
27
   prepared in this case and a status conference be set for November 6,
28

1   2007, to assist the parties in ascertaining the defendant's criminal

2   history category and offense level. The defense will work with United

3   States Probation to prepare the pre-plea PSR.

4        Accordingly, the parties agreed to exclude time from calculation

5   under the Speedy Trial Act for the reasons stated above, pursuant to 18

6   U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for the ongoing

7   preparation of counsel, from September 25, 2007, up to and including

8   November 06, 2007.

9        **Good cause appearing therefor**,

10       IT IS ORDERED that this matter is continued to November 06, 2007,

11  at 9:30am.

12       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)

13  (iv) and Local Code T4, the period from September 25, 2007, up to and

14  including November 06, 2007, is excluded from the time computations

15  required by the Speedy Trial Act due to ongoing preparation of defense

16  counsel.

17  Dated: October 1, 2007

18

19

20

21                                       LAWRENCE K. KARLTON
                                         SENIOR JUDGE
22                                       UNITED STATES DISTRICT COURT

23

24

25

26

27

28

Name of Pleading: Hill order        -2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Name of Pleading: Hill order        -3-