DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AMOS HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-0192 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| AMOS HILL, ) | Date: December 4, 2007 |
| ) | Time: 9:30 A.M. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant AMOS HILL as follows:

The Status Conference currently set for November 15, 2007 should be vacated and new status conference date of December 4, 2007 should be set.

///
///
///
///
///

1   The reason for this continuance is to review the pre-plea psr with
2   the defendant and to complete our investigation.
3   The parties further stipulate and agree that time under the Speedy
4   Trial Act should be excluded pursuant to U.S.C. §3161(h)(8)(A) and
5   Local Rule T-4.
6   Dated: November 9, 2007

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    AMOS HILL


                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Jill Thomas
Dated: November 9, 2007             _____
                                    JILL THOMAS
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

DATED: November 13, 2007

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

2