```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  AMOS HILL

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. CR-S-07-0192 LKK
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER
13       v.                        )
                                   )
14  AMOS HILL,                     )  Date: January 3, 2008
                                   )  Time: 9:30 A.M.
15                                 )
                Defendant.         )  Judge: Hon. Lawrence K. Karlton
16                                 )
    _____
17
```

It is hereby stipulated between the parties, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant AMOS HILL as follows:

The Status Conference currently set for December 4, 2007, should be continued until January 3, 2008.

The reason for this continuance is to give the defense time to consider the government's plea offer. Counsel for the parties will be unavailable until January 3, 2008.  To allow Mr. Hill sufficient time to consider the government's plea offer and to ensure continuity of counsel, the parties request the Courtt to reset this matter for January 3, 2008. At that time Mr. Hill will either set a date for TCH

and trial or enter a guilty plea.  The parties further stipulate and agree that time under the Speedy Trial Act should be excluded pursuant to U.S.C. §3161(h)(8)(A) and Local Rule T-4, for preparation of counsel and continuity of counsel.

Dated: November 28, 2007

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        AMOS HILL

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Jill Thomas

Dated: November 28, 2007

                                        _____
                                        JILL THOMAS
                                        Assistant U.S. Attorney

                                        **ORDER**

    **IT IS SO ORDERED.**

DATED: November 29, 2007

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT