1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  AMOS HILL

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. CR-S-07-0192 LKK
                                )
12           Plaintiff,          )
                                ) STIPULATION AND ORDER
13      v.                      )
                                )
14 AMOS HILL,                   ) Date: January 8, 2008
                                ) Time: 9:30 A.M.
15                              )
             Defendant.          ) Judge: Hon. Lawrence K. Karlton
16                              )
   _____

17
        It is hereby stipulated between the parties, Jill Thomas,
18
   Assistant United States Attorney, attorney for Plaintiff, and Caro
19
   Marks, attorney for defendant AMOS HILL as follows:
20
        The Status Conference currently set for January 3, 2008, should be
21
   continued until January 8, 2008.
22
        The reason for this continuance is to give the defense time to
23
   consider the government's plea offer. Defense Counsel has just begun a
24
   jury trial and has limited time to meet with her client.  To allow Mr.
25
   Hill sufficient time to consider the government's plea offer and to
26
   ensure continuity of counsel, the parties request the Court to reset
27
   this matter for January 8, 2008. At that time Mr. Hill will either set
28

a date for TCH and trial or enter a guilty plea.  The parties further stipulate and agree that time under the Speedy Trial Act should be excluded pursuant to U.S.C. §3161(h)(8)(A) and Local Rule T-4, for preparation of counsel and continuity of counsel.

Dated: January 2, 2008

                                          Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                          /s/ Caro Marks
                                          _____
                                          CARO MARKS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          AMOS HILL

                                          MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Jill Thomas

Dated: January 2, 2008            _____
                                          JILL THOMAS
                                          Assistant U.S. Attorney


                                              **ORDER**

    **IT IS SO ORDERED.**

DATED: January 2, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT