DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AMOS HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-0192 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| AMOS HILL, ) | Date: January 15, 2008 |
| ) | Time: 9:30 A.M. |
| ) | |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |

It is hereby stipulated between the parties, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant AMOS HILL as follows:

The Status Conference currently set for January 8, 2008, should be continued until January 15, 2008.

The reason for this continuance is to give the defense time to consider the government's plea offer. Defense Counsel has just begun a jury trial and has limited time to meet with her client.  To allow Mr. Hill sufficient time to consider the government's plea offer and to ensure continuity of counsel, the parties request the Court to reset this matter for January 15, 2008. At that time Mr. Hill will either set

1 a date for TCH and trial or enter a guilty plea.  The parties further
2 stipulate and agree that time under the Speedy Trial Act should be
3 excluded pursuant to U.S.C. §3161(h)(8)(A) and Local Rule T-4, for
4 preparation of counsel and continuity of counsel.
5 Dated: January 2, 2008

Respectfully submitted,

DANIEL BRODERICK
Federal Defender


/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
AMOS HILL


MCGREGOR W. SCOTT
United States Attorney

/s/ Jill Thomas
_____
JILL THOMAS
Assistant U.S. Attorney

Dated: January 2, 2008

**ORDER**

   **IT IS SO ORDERED.**

DATED: January 4, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT