McGREGOR W. SCOTT
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. 07-192-LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| AMOS HILL ) | |
| ) | |
| Defendant. ) | Hon. Lawrence K. Karlton |

The parties request and stipulate that the time beginning January 15, 2008, and extending through February 5, 2008 and stipulate should be excluded from the calculation of time under the Speedy Trial Act. Defendant Hill and the United States submit that the ends of justice are served by the Court excluding such time, in order to permit the counsel a reasonable time for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the parties are working toward a final disposition and need additional time to finalize the proposed plea agreement. The parties stipulate and agree that the interests of justice served

1

1 | by granting this continuance outweigh the best interests of the
2 | public and the defendant in a speedy trial.  18 U.S.C. §
3 | 3161(h)(8)(A) and local code T-4.  The Court on January 4, 2008
4 | ordered a T-4 exclusion of time until January 15, 2008.  The
5 | parties request the case be set for a change of plea on February
6 | 5, 2008.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: January 9, 2008        By: /s/ Jill Thomas
                                  JILL THOMAS
                                  Assistant U.S. Attorney

Dated: January 9, 2008        By: /s/ Caro Marks
                                  CARO MARKS
                                  Attorney for defendant
                                  Amos Hill

**ORDER**

In case number 07-192 LKK, the time beginning January 15, 2008, and extending through February 5, 2008, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and local code T-4. The next court date will be set for February 5, 2008.

IT IS SO ORDERED.

Dated: January 11, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT