```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  AMOS HILL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-07-0192 LKK |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| AMOS HILL, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

    This matter came on for Status Conference on February 20, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jill Thomas appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Amos Hill, who was present in court and in custody.

    Counsel indicated the government had recently accepted the defendant's counteroffer and tendered a new plea agreement to the

1 defense incorporating its terms. Defense counsel requested one
2 additional week to review the new plea agreement with the defendant.
3 The government concurred.
4     Accordingly, the parties agreed to exclude time from calculation
5 under the Speedy Trial Act for the reasons stated above, pursuant to 18
6 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of
7 counsel, from February 20, 2008, up to and including February 26, 2008.
8     **Good cause appearing therefor**,
9     IT IS ORDERED that this matter is continued to February 26, 2008,
10 at 9:30 a.m..
11     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
12 (iv) and Local Code T4, the period from February 20, 2008, up to and
13 including February 26, 2008, is excluded from the time computations
14 required by the Speedy Trial Act due to ongoing preparation of defense
15 counsel.
16 Dated: February 22, 2008

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Name of Pleading: Hill order       -2-